UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| JAMES L. HOSKINS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:17-cv-0019-GFVT |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| EQUIFAX INFORMATION SERVICES, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court upon the Joint Stipulation of Dismissal With Prejudice filed by Plaintiff James L. Hoskins and Defendant Equifax Information Services, LLC. [R. 6.] In accordance with the stipulation and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that:

1. The Plaintiff's claims against Defendant Equifax Information Services, LLC, are **DISMISSED WITH PREJUDICE**;

2. Each party shall bear his, her, or its own costs unless otherwise agreed to by the Parties;

3. This matter is **STRICKEN** from the Court's active docket.

This the 15th day of May, 2017.

Gregory F. Van Tatenhove
United States District Judge